IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CONNIE FIELDER,

       Plaintiff,                                   No. 1:18-cv-00247-KRS

v.

NANCY A. BERRYHILL, Acting Commissioner
of the Social Security Administration,

       Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court upon Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (hereinafter "Motion to Proceed in Forma Pauperis") (Doc. 2). Having reviewed the request, the Court FINDS and CONCLUDES that Plaintiff's motion is well-taken and should be granted. In making this determination, the Court notes that Plaintiff has successfully established that she is unable to prepay the required filing fee and/or that so doing will cause her substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) is hereby **GRANTED**.

                                                            _____
                                                            KEVIN R. SWEAZEA
                                                           UNITED STATES MAGISTRATE JUDGE